**B1 (Official Form 1)(1/08)**

| United States Bankruptcy Court<br>Central District of California | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>Diamond Distribution, Inc. | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all)<br>65-1174091 | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>1667 Mt. Vernon<br>Pomona, CA             ZIP Code: 91768 | Street Address of Joint Debtor (No. and Street, City, and State):             ZIP Code |
| County of Residence or of the Principal Place of Business:<br>Los Angeles | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):             ZIP Code | Mailing Address of Joint Debtor (if different from street address):             ZIP Code |
| Location of Principal Assets of Business Debtor (if different from street address above):    1667 Mt. Vernon  Pomona, CA 91768 | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**
| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** | Name of Debtor(s): Diamond Distribution, Inc. |
|---|---|
| *(This page must be completed and filed in every case)* | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____ Signature of Attorney for Debtor(s)        (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Diamond Distribution, Inc. |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

**X** /s/ Mark E. Brenner, Esq.
Signature of Attorney for Debtor(s)

Mark E. Brenner, Esq. 106962
Printed Name of Attorney for Debtor(s)

Mark E. Brenner PC
Firm Name

Brenner Law Group
7009 Owensmouth, No. 102
Canoga Park,, CA 91303
Address

                    Email: mb@brennerlex.com
(818)313-9966   Fax: (818)313-9772
Telephone Number

March 19, 2010            106962
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** /s/ Jose Castellanos
Signature of Authorized Individual

Jose Castellanos
Printed Name of Authorized Individual

CEO
Title of Authorized Individual

March 19, 2010
Date

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re  Diamond Distribution, Inc.  
                      Debtor(s)

Case No.         
Chapter    11

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1st Choice Staffing<br>1 Southern Oaks Court Ste#500<br>Bellevue, WA 31405 | 1st Choice Staffing<br>1 Southern Oaks Court Ste#500<br>Bellevue, WA 31405 | Buisness Expense | | 17,939.80 |
| Aetna<br>1385 E.Shaw Ave<br>Cincinnati, OH 93710 | Aetna<br>1385 E.Shaw Ave<br>Cincinnati, OH 93710 | Buisness Expense | | 3,566.00 |
| American Express (Card)<br>P.O. BOX 981540<br>Pomona, CA 79998-1540 | American Express (Card)<br>P.O. BOX 981540<br>Pomona, CA 79998-1540 | Buisness Expense | | 4,990.86 |
| Bullet Transportation<br>11190 White Birch Drive Ste#200<br>Rialto, CA 91730 | Bullet Transportation<br>11190 White Birch Drive Ste#200<br>Rialto, CA 91730 | Buisness Expense | | 4,123.00 |
| Calif Franchise Tax Board<br>PO BOX 942857<br>Rosemead, CA 94257-0511 | Calif Franchise Tax Board<br>PO BOX 942857<br>Rosemead, CA 94257-0511 | Buisness Expense | | 5,067.23 |
| CDC/SBA Small Business Finance<br>2448 Historic Decatur Road Ste#200<br>Sacramento, CA 92106 | CDC/SBA Small Business Finance<br>2448 Historic Decatur Road Ste#200<br>Sacramento, CA 92106 | Buisness Expense | | 1,575,000.00 |
| Ch Robinson Worldwide<br>1840 N. Marcey<br>New Berlin, WI 60614 | Ch Robinson Worldwide<br>1840 N. Marcey<br>New Berlin, WI 60614 | Buisness Expense | | 4,500.00 |
| CIT Small Business Lending<br>P.O Box 1529<br>Orange, CA 07039-1529 | CIT Small Business Lending<br>P.O Box 1529<br>Orange, CA 07039-1529 | Buisness Expense | | 1,978,692.57 |
| Dock & Doors Doctors<br>Ontario, CA | Dock & Doors Doctors<br>Ontario, CA | Buisness Expense | | 6,550.00 |
| Employment Development Dept<br>PO BOX 826203. MIC 92D<br>Hacienda Heights, CA 94230-6203 | Employment Development Dept<br>PO BOX 826203. MIC 92D<br>Hacienda Heights, CA 94230-6203 | Buisness Expense | | 4,347.16 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Diamond Distribution, Inc.                                    Case No.  _____

                    Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ESSEX Insurance Company<br>PO Box 2010<br>Fullerton, CA<br>23058-2010 | ESSEX Insurance Company<br>PO Box 2010<br>Fullerton, CA 23058-2010 | Buisness Expense | | 3,214.53 |
| Excel National Bank<br>43385 Business Park Drive Ste#160<br>Herndon, VA 92590 | Excel National Bank<br>43385 Business Park Drive Ste#160<br>Herndon, VA 92590 | Buisness Expense | | 225,000.00 |
| Health Net<br>P.O. BOX 9103<br>Rancho Cucamonga, CA 91409-9103 | Health Net<br>P.O. BOX 9103<br>Rancho Cucamonga, CA 91409-9103 | Buisness Expense | | 6,175.50 |
| IRS<br>P.O.BOX 80110<br>Chicago, IL 45280-0010 | IRS<br>P.O.BOX 80110<br>Chicago, IL 45280-0010 | Buisness Expense | | 20,580.43 |
| Los Angeles County Tax Collector<br>225 North Hill Street<br>Fresno, CA 90012 | Los Angeles County Tax Collector<br>225 North Hill Street<br>Fresno, CA 90012 | Buisness Expense | | 199,423.66 |
| Los Angeles County Tax Collector<br>225 North Hill Street<br>Lodi, CA 90012 | Los Angeles County Tax Collector<br>225 North Hill Street<br>Lodi, CA 90012 | Buisness Expense | | 2,816.01 |
| Mercedes Benz Financial<br>13650 Heritage Parkway<br>Los Angeles, CA 76177 | Mercedes Benz Financial<br>13650 Heritage Parkway<br>Los Angeles, CA 76177 | Buisness Expense | | 15,788.83 |
| Mercedes Benz Financial<br>13650 Heritage Parkway<br>Van Nuys, CA 76177 | Mercedes Benz Financial<br>13650 Heritage Parkway<br>Van Nuys, CA 76177 | Buisness Expense | | 9,137.38 |
| Pacific West Asset MGMT.<br>P.o Box 19068<br>Glen Allen, VA 92623-9068 | Pacific West Asset MGMT.<br>P.o Box 19068<br>Glen Allen, VA 92623-9068 | Buisness Expense | | 12,061.42 |
| Phenix Land Management, LLC<br>1785 Mt. Vernon Ave.<br>Pomona, CA 91768 | Phenix Land Management, LLC<br>1785 Mt. Vernon Ave.<br>Pomona, CA 91768 | Buisness Expense | | 4,607.38 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  Diamond Distribution, Inc.                                    Case No. _____

                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  March 19, 2010               Signature  /s/ Jose Castellanos
                                              Jose Castellanos
                                              CEO

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

```
Diamond Distribution, Inc.
1667Mt. Vernon
Pomona, CA 91768


Mark E. Brenner, Esq.
Mark E. Brenner PC
Brenner Law Group
7009 Owensmouth, No. 102
Canoga Park,, CA 91303


1st Choice Staffing
1 Southern Oaks Court Ste#500
Bellevue, WA 31405


A&F Forklift Inc
7460 Bandini Blvd.
Baldwin Park, CA 90040


Aetna
1385 E.Shaw Ave
Cincinnati, OH 93710


American Express (Card)
P.O. BOX 981540
Pomona, CA 79998-1540


Blue Cross of California
P.O. BOX 54630
Pomona, CA 90054-0630


Blue Shield of California
P.O. BOX 3008
Chicago, IL 95241
```

Bouma Air Conditioning
12188 Central Ave #343
Downey, CA 91710

Bullet Transportation
11190 White Birch Drive Ste#200
Rialto, CA 91730

Cal-Care Industrial Medial
502 S. Garey Ave.
Huntington Beach, CA 91766

Calif Franchise Tax Board
PO BOX 942857
Rosemead, CA 94257-0511

California Copier
17128 Colima Road Ste#143
Mission Hills, CA 91745

CDC/SBA Small Business Finance
2448 Historic Decatur Road Ste#200
Sacramento, CA 92106

Ch Robinson Worldwide
1840 N. Marcey
New Berlin, WI 60614

CIT Small Business Lending
P.O Box 1529
Orange, CA 07039-1529

```
City of Pomona Water
505 S. Garey Ave
City Of Industry, CA 91766


City of Pomona Water
505 S. Garey Ave
Chino, CA 91766


Digital Graphics Service
14557 Bonelli Street
Lake Elsinore, CA 91746


Dock & Doors Doctors
Ontario, CA



Employment Development Dept
PO BOX 826203. MIC 92D
Hacienda Heights, CA 94230-6203


ESSEX Insurance Company
PO Box 2010
Fullerton, CA 23058-2010


Excel National Bank
43385 Business Park Drive Ste#160
Herndon, VA 92590


Federal Express
P.O.BOX 510950
Sacramento, CA 53151-0950
```

```
First Insurance Funding
P.O. BOX 66468
Sacramento, CA 60666-0468


Health Net
P.O. BOX 9103
Rancho Cucamonga, CA 91409-9103


IRS
P.O.BOX 80110
Chicago, IL 45280-0010


Lee J. Anderson
20391 Mooncrest Circle
Commerce, CA 92646


Liberty Pallets
P.O. BOX 4838
Pomona, CA 91761


Los Angeles County Tax Collector
225 North Hill Street
Lodi, CA 90012


Los Angeles County Tax Collector
225 North Hill Street
Fresno, CA 90012


Mercedes Benz Financial
13650 Heritage Parkway
Los Angeles, CA 76177
```

```
Mercedes Benz Financial
13650 Heritage Parkway
Van Nuys, CA 76177


Pacific Coast Propane
P.O.BOX 0427
El Paso, TX 92377-0427


Pacific West Asset MGMT.
P.o Box 19068
Glen Allen, VA 92623-9068


Phenix Land Management, LLC
1785 Mt. Vernon Ave.
Pomona, CA 91768


Platinum Check Cashing/Saba Hussain
P.O BOX 1903
Irvine, CA 20172


So Cal Edison
PO Box 300
Savannah, GA 91772-0001


Southern California Industrial Eq
P.O. BOX 1093
Los Angeles, CA 92531


State of California DMV
P.O. Box 997408
Los Angeles, CA 95899-7408
```

```
Topaz Alarm Corp
8041 E. Florence Ave #215
Ft. Worth, TX 90240


Tyco Simplex Grinnell
1701 W. Sequoia Ave
Ft. Worth, TX


Verizon
PO Box 9688
Temecula, CA 91346-9688


Verizon Wireless
P.O. BOX 96088
San Diego, CA 98009


Waste Management
P.O.BOX 7814
Livingston, NJ 91706-7814
```